UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JAMES CARPENTER,<br><br>Defendant. | Case No. 4:21-cr-00077-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court are two motions filed by defendant: (1) a motion for an extension of time in which to file a petition for certiorari with the United States Supreme Court; and (2) a motion for appointment of counsel. *See* Dkts. 145, 146. For the reasons explained below, the Court will deny both motions.

## DISCUSSION

In January 2023, Jeremy Carpenter pled guilty to possession of a firearm by a prohibited person, in violation of 18 U.S.C. §§ 921(g)(1) and 924(a)(2). *See* Dkt. 67. In his plea agreement, Carpenter preserved the right to appeal this Court's denial of his motion to suppress evidence found in his car, which was searched after Carpenter was arrested for a parole violation. On June 5, 2024, the Ninth Circuit affirmed the denial of Carpenter's suppression motion, and he now wishes

to file a petition for a writ of certiorari with the United States Supreme Court. The deadline to file such a petition is fast approaching, and Mr. Carpenter's counsel recently filed a motion to withdraw in the Ninth Circuit. *See United States v. Carpenter,* Ninth Cir. Case No. 23-474.

The Court will deny the motion for an extension because under Supreme Court Rule 13.5, *a Supreme Court Justice*—not this Court—may extend the time for a litigant to file a cert petition by up to 60 days, although the request for an extension must be filed 10 days before the cert petition would otherwise be due, except in extraordinary circumstances. *See* Supreme Court Rule 13.5.  The Court will also deny the request for appointment of counsel. As a general rule, the Sixth Amendment does not provide criminal defendants with a right to counsel in pursuing a petition for a writ of certiorari to the United States Supreme Court. *See Ross v. Moffitt*, 417 U.S. 600, 616-18 (1974). Further, the Court is not persuaded that counsel is necessary to assist Mr. Carpenter in pursuing a cert petition.

## ORDER

**IT IS ORDERED that** Defendant's Motions for an Extension and for Appointment of Counsel (Dkts. 145, 146) are **DENIED.**

DATED: August 30, 2024

B. Lynn Winmill
U.S. District Court Judge